UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>THE RESIDENCE LOCATED AT 5086 PENRYN COURT, LAS VEGAS, NEVADA 89139. | Case No. 2:21-mj-0006-NJK<br><br>**ORDER TO UNSEAL** |

For good cause shown, the United States' motion to unseal, Docket No. 1, is hereby GRANTED.

IT IS SO ORDERED.

DATED: July 27, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE